1/15/2008 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DIVISION OF OHIO

| | | |
|---|---|---|
| **ANDREKIA GREER** | ) | CASE NO. 1:07 CV 2181 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| **REVENUE GROUP** | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Now comes the Plaintiff, Andrekia Greer, by and through the undersigned legal counsel, and respectfully notifies this Honorable Court that she voluntary dismisses her Complaint against Defendant pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice.

This Court retains jurisdiction to enforce the terms of the settlement agreement between the parties.

Respectfully Submitted,

*/s/Kathryn Harlow*
Kathryn Harlow (#0051626)
1255 Euclid Ave., Ste. 300
Cleveland, OH 44115
(216) 696-5750
kharlow@towardsemployment.org

Attorney for Plaintiff
Andrekia Greer

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Dismissal was served on this 15th day of January, 2008.

**Electronic Mail Notice List** - Parties in the case only

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

    **John J. Sheehan, Jr.** sheehan1648@yahoo.com

**Manual Notice List** - Parties in the case only

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    I, Kathryn Harlow, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

*/s/Kathryn Harlow*